# MEMORANDUM

**DATE:** 3/16/05

**TO:** Judge Colleen McMahon

**FROM:** Dorothy Ross Guranich, Case Processing Clerk

---

**SUBJECT:** Assignment of Related Case Pursuant to Rule 15 of the Rules for the Division of Business Among District Judges.

**Re:** 05-CV-2989 2929   Kershaw -v- Veeco

The above action was filed on 3/16/05 and the attorney indicated on the civil cover sheet that this action is related to

05-CV-2189

This case has not been assigned to any judge at this time, but is being referred to Your Honor for determination as to whether it is related to your pending case. If you decide that it is, please advise me and it will be assigned to you. If you decide that it is not related, please advise me and it will be assigned by lot.

I have been instructed by the ASSIGNMENT COMMITTEE to automatically assign this case to Your Honor if you do not decline it within five business days.

ACCEPTED [✓]   DECLINED [ ]
Please add to my calendar   Please refer to the Assignment Committee

Dated: 3/21/05

_____
U.S.D.J.