# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| L.I.S.T., INC., On Behalf of Itself and All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | No.: 7:05-CV-02189 (CM) |
| v. | ) ) ) | |
| VEECO INSTRUMENTS, INC., EDWARD H. BRAUN, and JOHN F. REIN, JR., | ) ) ) | |
| Defendants. | ) ) | |
| ROY P. KERSHAW, Individually and on Behalf behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | No.: 7:05-CV-02929 (CM) |
| v. | ) ) ) | |
| VEECO INSTRUMENTS, INC., EDWARD H. BRAUN, and JOHN F. REIN, JR | ) ) ) | |
| Defendants. | ) ) | |

## JOEL MANDEL'S NOTICE OF NON-OPPOSITION TO THE MOTION OF THE STEELWORKERS PENSION TRUST FOR APPOINTMENT AS LEAD PLAINTIFF

Having reviewed the pending motions, lead plaintiff movant Joel Mandel realizes that, with the third largest loss, he may not have the largest financial interest in this litigation. Accordingly, given the filings thus far, it appears that The Steelworkers Pension Trust has the largest financial interest in the litigation and absent any disqualifying factor, should be appointed as lead plaintiff. Given Mr. Mandel's loss of over $100,000, he remains ready, willing and able

to serve as lead plaintiff or co-lead plaintiff should there be factors that would eliminate the other

larger investors from being appointed, or require the appointment of Mr. Mandel.

Dated: May 2, 2005                     **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**

                                       _____/s/_____

                                       Catherine A. Torell (CT-0905)
                                       150 East 52nd St., 30th Floor
                                       Thirtieth Floor
                                       New York, New York 10022-6017
                                       Telephone:    (212) 838-7797
                                       Facsimile:    (212) 838-7745

                                       - and -

                                       Steven J. Toll
                                       Daniel S. Sommers
                                       Julie Goldsmith Reiser
                                       West Tower, Suite 500
                                       1100 New York Avenue, N.W.
                                       Washington, D.C.  20005-3934
                                       Telephone:    (202) 408-4600
                                       Facsimile:    (202) 408-4699

                                       *Counsel for Proposed Lead Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 2, 2005, a copy of the foregoing JOEL

MANDEL'S NOTICE OF NON-OPPOSITION TO THE MOTION OF THE STEELWORKERS

PENSION TRUST FOR APPOINTMENT AS LEAD PLAINTIFF; and CERTIFICATE OF

SERVICE was filed electronically.

Those attorneys who are registered with the Electronic Filing System may access this

filing through the Court's System, and notice of filing will be sent to these parties by operation of

the Court's Electronic Filing System.

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**

_____/s/_____
Catherine A. Torell (CT-0905)