


**PRODUCTS**    **SUPPORT**     **NEWS & EVENTS**    **ABOUT**    **INVESTORS**    **CAREERS**

**HOME**

**OFFICES**
- **By Region**
- **By Product Line**

**SEARCH**

**OFFICES**

**NANOTECH LABS**

**REQUEST INFO**

Country:  **GO**

**SHARE YOUR EXPERIENCE with Veeco Instruments**

## NORTH AMERICA

### United States

▸ **Veeco Instruments Inc.**
Corporate Headquarters
100 Sunnyside Blvd. Ste. B
Woodbury New York 11797-2902
(516) 677-0200
(516) 714-1200

▸ **Veeco Ion Beam Equipment Inc.**
Process Equipment
Terminal Drive
Plainview, New York 11803
(516) 349-8300
(516) 349-8321

▸ **Veeco Metrology Group**
AFM East Coast Applications Lab
223 Wilmington-West Chester Pike
Chadds Ford, PA 19317
(610) 361-9550
(610) 361-9551

▸ **Veeco Compound Semiconductor Inc.**
MBE Operations
4900 Constellation Dr
St Paul MN 55127
(651) 482-0800
(651) 482-0600

▸ **Veeco Compound Semiconductor Inc.**
TurboDisc MOCVD Systems
394 Elizabeth Avenue
Somerset, New Jersey 08873
(732) 560 5300
(732) 560-5301

▸ **Veeco Instruments Inc.**

## EUROPE

### England

▸ **Veeco Instruments Ltd.**
Nanotech House
Anderson Road
Buckingway Business Park
Swavesey, Cambridge CB4 5UQ UK
44 (0) 1954 233900
44 (0) 1954 231300

▸ **Veeco Instruments Ltd.**
147 Chorley New Road
Horwich, Balton BL6 5QE
Greater Manchester, UK
44 (0) 1204 668366
44 (0) 1954 231300

### France

▸ **Veeco Instruments SAS**
11 rue Marie Poussepin
Z. I. de la Gaudrée
B.P.43
91412 Dourdan Cedex, France
(33) 164 59 35 20
(33) 164 59 72 22

### Germany

▸ **Veeco Instruments GmbH**
Dynamostr. 19
68165 Mannheim, Germany
(49) 621 842 10 0
(49) 621 842 10 22

### Netherlands

▸ **Veeco Instruments B.V.**
Dutch Office
Verlengde Poolseweg 34-46
4818 CL
Breda, The Netherlands
31 76 524 48 50
31 76 524 46 66

## ASIA

### China

▸ **Veeco Instruments (Shanghai) Co. Ltd.**
Building A Cyber Tower,
Suite 2311
Beijing Hi-Tech Convention and Exhibition Center
No.2, Zhong Guan Cun South
Avenue
Haidian District, Beijing 100086
(86) 10-82512606
(86) 10-82512609

### Japan

▸ **Nihon Veeco KK**
Japan Headquarters
5-6-10 Tsukiji, Chuo-ku, Tokyo 104-0045, Japan
(81) 3 3549 3170
(81) 3 3549 3175

▸ **Nihon Veeco KK**
1F Shin-Osaka Nishiura Bldg.
2-7-38 Nishi-Miyahara, Yodagawa-ku, Osaka, Japan
(06) 6394 2551
(06) 6394 9552
532 0004

### Korea

▸ **Veeco Korea Inc.**
Rm#1601 Tripolis-B,
210 Keumkok-dong
Bundang-gu, Seongnam City
Kyounggi-do, Korea 463-943
82-31-728-1280(T)
82-31-728-1260(F)

### Malaysia

Support Center
4620 West 77th Street
Suite 188
Edina, MN 55435
(952) 844-0101
(952) 844-9876

- **Veeco Ion Beam Equipment Inc.**
  Ion Beam Sources
  Center of Excellence
  2330 E. Prospect
  Fort Collins, CO 80525
  (970) 221-1807
  (970) 493-1439

- **Veeco Tucson Inc.**
  Optical Profilers, Stylus Profilers and Laser Interferometers
  2650 East Elvira Road
  Tucson, AZ 85706-7123
  (520) 741-1044
  (520) 294-1799

- **Veeco Instruments Inc.**
  Process Equipment
  3100 Laurelview Court
  Fremont, CA 94538
  (510) 770-9200
  (510) 770-9320

- **Veeco Metrology, LLC**
  AFMs
  112 Robin Hill Road
  Santa Barbara, CA 93117
  (805) 967-1400
  (800) 873-9750
  (805) 967-7717

- **Veeco Metrololgy, LLC**
  SPM Probes
  5571 Ekwill Street
  Santa Barbara, CA 93111
  (805) 696-9002
  (800) 715-8440
  (805) 696-9003

- **Veeco Slider Process Equipment Inc,**
  Lapping Systems
  741 Flynn Road
  Camarillo, CA 93012
  (805) 388-6001
  (805) 388-6065

**Veeco Instruments Inc.**
Support Center
Sunny Point Complex
Lot 8-2-13 A
Jalan Batu Uban
11700 Penang, Malaysia
(60) 4659 3362
(60) 4659 3073

**Singapore**

- **Veeco Asia Pte Ltd**
  11 Biopolis Way #10-05/08
  The Helios, Singapore 138667
  (65) 6773 9661
  (65) 6773 9662

**Taiwan**

- **Veeco Taiwan Inc.**
  1st Floor, Building E
  No. 28 Tai Yuen Street
  Chu Pei City
  Hsinchu Hsein 302
  Taiwan
  (886) 3 552 6526
  (886) 3 552 6259

**Thailand**

- **Veeco Tucson Inc. (Thailand Branch office)**
  1010 Viphavadi Rangsit Road
  8 Floor #802T,
  Shinnawatra Tower 3
  Chatujak Bangkok 10900
  66 2 9492529
  66 2 9662637

Case 1:05-cv-02929-CM    Document 13-8    Filed 12/02/2005    Page 3 of 3

Products | Support | News & Events | About | Investors | Careers

All Contents © 2005 Veeco Instruments. All Rights Reserved.

Legal Notice and Privacy Statement