UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

IN RE VEECO INSTRUMENTS INC. : No. 7:05-MD-01695-CM
SECURITIES LITIGATION :
:
------------------------------------------------x
:
THIS DOCUMENT RELATES TO: :
ALL ACTIONS :
:
------------------------------------------------x

## NOTICE OF MOTION FOR PARTIAL RECONSIDERATION

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, and all prior papers and proceedings had herein, defendants Veeco Instruments Inc., Edward H. Braun, John F. Rein, Jr. and John P. Kiernan will move this Court, before the Honorable Colleen McMahon, at a date and time to be determined by the Court, for an order, pursuant to Rule 6.3 of the Local Civil Rules of the Southern District of New York, granting partial reconsideration of the Court's Amended Order and Decision, entered March 24, 2006, dismissing plaintiffs' claims relating to the Sanan Group Contract and alleged inventory overstatement of TurboDisc reactors, clarifying that the group pleading doctrine cannot be used to satisfy the scienter pleading requirement and awarding such other and further relief as the Court deems appropriate.

Dated: New York, New York
April 5, 2006

          GIBSON, DUNN & CRUTCHER LLP

       By: _/s/ Ross Wallin_
           John A. Herfort (JH-1460)
           Robert F. Serio (RS-2479)
           J. Ross Wallin (JW-3911)

           200 Park Avenue
           New York, New York 10166-0193
           Phone: (212) 351-4000
           Fax: (212) 351-4035

           Attorneys for Defendants
           Veeco Instruments Inc., Edward H. Braun,
           John F. Rein, Jr. and John P. Kiernan