UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE VEECO INSTRUMENTS INC.          : No. 7:05-MD-01695-CM
SECURITIES LITIGATION                 :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THIS DOCUMENT RELATES TO:             :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
EDWARD J. HUNEKE, derivatively on behalf :
of VEECO INSTRUMENTS, INC.,           :
                                      : No. 7:05-CV-10224-CM
      Plaintiff,                      :
  v.                                  :
EDWARD H. BRAUN, et al.,              :
                                      :
      Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AUGUST SCHUPP, III, derivatively on behalf :
of VEECO INSTRUMENTS, INC.,           :
                                      : No. 7:05-CV-10225-CM
      Plaintiff,                      :
  v.                                  :
EDWARD H. BRAUN, et al.,              :
                                      :
      Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DAVID ALTMAN, derivatively on behalf   :
of VEECO INSTRUMENTS, INC.,           :
                                      : No. 7:05-CV-10226-CM
      Plaintiff,                      :
  v.                                  :
EDWARD H. BRAUN, et al.,              :
                                      :
      Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify, under penalty of perjury, that on the 5th day of May, 2006, I caused the Reply Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Verified Shareholder Derivative Complaint and the Declaration of Robert F. Serio in Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Verified Shareholder Derivative Complaint, each dated May 5, 2006, to be electronically filed and also caused true and correct copies of the same to be served on the following counsel for Plaintiffs by United States Mail:

Shane Rowley (SR-0740)
FARUQI & FARUQI, LLP
320 East 39th Street
New York, NY 10016
Telephone: (212) 983-9330

*Attorneys for Plaintiff Altman*

Brian D. Penny (pro hac vice) (BP-4301)
GOLDMAN SCARLATO & KARON, P.C.
101 West Elm Street, Suite 360
Conshohocken, PA 19428
Telephone: (484) 342-0700

Leigh Lasky (LL-6919)
LASKY & RIFKIND, LTD
100 Park Avenue, 12th Floor
New York, New York 10017
Telephone: (212) 907-0700

*Attorneys for Plaintiff Huneke*

Robert I. Harwood (RH-3286)
WECHSLER HARWOOD LLP
488 Madison Avenue
New York, NY 10022
Telephone: (212) 935-7400

*Attorneys for Plaintiff Schupp*

_____
J. Ross Wallin (JW-3911)