UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| IN RE VEECO INSTRUMENTS INC.<br>SECURITIES LITIGATION | No. 7:05-MD-01695-CM |

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

------------------------------------------------------------x

| | |
|---|---|
| EDWARD J. HUNEKE, derivatively on behalf<br>of VEECO INSTRUMENTS, INC.,<br>        Plaintiff,<br>  v.<br>EDWARD H. BRAUN, et al.,<br>        Defendants. | No. 7:05-CV-10224-CM |

------------------------------------------------------------x

| | |
|---|---|
| AUGUST SCHUPP, III, derivatively on behalf<br>of VEECO INSTRUMENTS, INC.,<br>        Plaintiff,<br>  v.<br>EDWARD H. BRAUN, et al.,<br>        Defendants. | No. 7:05-CV-10225-CM |

------------------------------------------------------------x

| | |
|---|---|
| DAVID ALTMAN, derivatively on behalf<br>of VEECO INSTRUMENTS, INC.,<br>        Plaintiff,<br>  v.<br>EDWARD H. BRAUN, et al.,<br>        Defendants. | No. 7:05-CV-10226-CM |

------------------------------------------------------------x

**NOTICE OF DEFENDANTS' UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME TO ANSWER**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and supporting declaration, and all prior papers and proceedings had herein, Defendants Edward H. Braun, Peter J. Simone, Richard J. D'Amore, Joel A. Elftmann, Heinz K. Fridrich, Douglas A. Kingsley, Paul R. Low, Roger D. McDaniel, Irwin H. Pfister, Walter J. Scherr, and Nominal Defendant Veeco Instruments Inc. (collectively, the "Defendants") will move this Court, before the Honorable Colleen McMahon, at a date and time to be determined by the Court, for an order, pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, extending the time which Defendants have to file and serve an answer to Derivative Plaintiffs' Consolidated Amended Verified Shareholder Derivative Complaint until, and including, August 16, 2006.

Dated:  New York, New York
        August 11, 2006

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Robert F. Serio
John A. Herfort (JH-1460)
Robert F. Serio (RS-2479)
J. Ross Wallin (JW-3911)

200 Park Avenue
New York, New York 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Defendants*