UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
IN RE VEECO INSTRUMENTS INC.          :
SECURITIES LITIGATION                 :   No. 7:05-MD-01695-CM
                                      :
------------------------------------x
THIS DOCUMENT RELATES TO:             :
                                      :
------------------------------------x
EDWARD J. HUNEKE, derivatively on behalf :
of VEECO INSTRUMENTS, INC.,           :
                                      :   No. 7:05-CV-10224-CM
            Plaintiff,                :
    v.                                :
                                      :
EDWARD H. BRAUN, et al.,              :
                                      :
            Defendants.               :
                                      :
------------------------------------x
AUGUST SCHUPP, III, derivatively on behalf :
of VEECO INSTRUMENTS, INC.,           :
                                      :   No. 7:05-CV-10225-CM
            Plaintiff,                :
    v.                                :
                                      :
EDWARD H. BRAUN, et al.,              :
                                      :
            Defendants.               :
                                      :
------------------------------------x
DAVID ALTMAN, derivatively on behalf  :
of VEECO INSTRUMENTS, INC.,           :
                                      :   No. 7:05-CV-10226-CM
            Plaintiff,                :
    v.                                :
                                      :
EDWARD H. BRAUN, et al.,              :
                                      :
            Defendants.               :
                                      :
------------------------------------x

## **CERTIFICATE OF SERVICE**

2

I, the undersigned attorney, do hereby certify, under penalty of perjury, that on August 11, 2006, I caused the Notice of Defendants' Unopposed Motion For an Enlargement of Time to Answer, dated August 11, 2006, and Memorandum of Law in Support of Defendants' Unopposed Motion For an Enlargement of Time to Answer, dated August 11, 2006, to be electronically filed and also caused true and correct copies of the same to be served on the following counsel for derivative plaintiffs by electronic means:

| | |
|---|---|
| Robert I. Harwood, Esq.<br>Samuel K Rosen, Esq.<br>Joshua D. Glatter, Esq.<br>Wechsler Harwood LLP<br>488 Madison Avenue<br>New York, New York 10022 | Sherrie R. Savett, Esq.<br>Phyllis M. Parker, Esq.<br>Jeffrey L. Osterwise, Esq.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103 |

_____
J. Ross Wallin