UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.                : Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                        :
------------------------------------------------------- x
------------------------------------------------------- x
THIS DOCUMENT RELATES TO                     :
ALL ACTIONS                                  :
------------------------------------------------------- x

### DECLARATION OF PHYLLIS M. PARKER IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION IN *LIMINE* TO PRECLUDE EVIDENCE REGARDING VEECO'S USE OF FISCAL QUARTERS

Phyllis M. Parker, hereby declares as follows:

I, Phyllis M. Parker, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a lawyer of the law firm Berger & Montague, P.C., lead counsel for Lead Plaintiff in this litigation.

2. I submit this Declaration in support of Plaintiffs' Response to Defendants' Motion in *Liminie* to Preclude Evidence Regarding Veeco's Use of Fiscal Quarters.

3. Attached hereto as Exhibits are true and correct copies of the following, which are being filed *under seal* pursuant to the Confidentiality Order dated May 16, 2006:

| Exhibit No. | Description |
| --- | --- |
| A | Veeco 2004 Form 10-K, p. 38 |
| B | VECO 0191985-86 |
| C | Robert W. Berliner Supplemental Report, dated June 12, 2007, p. 9 |
| D | Excerpts from deposition transcript of Steven C. Amato, dated May 17, 2007 |

| | |
|---|---|
| E | Excerpts from deposition transcript of David G. Bonagura, dated April 18, 2007 |

Dated: June 13, 2007

*[signature]*
Phyllis M. Parker

416666_00.wpd