## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.          :        Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                  :
-------------------------------------------------- x
-------------------------------------------------- x
THIS DOCUMENT RELATES TO               :
ALL ACTIONS                            :
-------------------------------------------------- x
```

### DECLARATION OF PHYLLIS M. PARKER IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION OF DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE TESTIMONY OF ROBERT W. BERLINER

Phyllis M. Parker, hereby declares as follows:

I, Phyllis M. Parker, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a lawyer of the law firm Berger & Montague, P.C., lead counsel for Lead Plaintiff in this litigation.

2. I submit this Declaration in Support of Lead Plaintiff's Memorandum of Law in Opposition of Defendants' Motion *In Limine* to Preclude Testimony of Robert W. Berliner.

3. Attached hereto as Exhibits are true and correct copies of the following, which are being filed **under seal** pursuant to the Confidentiality Order dated May 16, 2006:

| **Exhibit No.** | **Description** |
| --- | --- |
| A | Preliminary Expert Report of Robert W. Berliner, CPA, CFE, dated April 11, 2007 |
| B | Excerpts from deposition transcript of Robert W. Berliner, dated June 19, 2007 |
| C | Veeco Instruments Inc. Earnings Conference Call, dated March 16, 2005 |
| D | Supplemental Report of Robert W. Berliner, CPA, CFE, dated June 12, 2007 |

| | |
|---|---|
| E | Excerpts from deposition transcript of David G. Bonagura, dated April 18, 2007 |
| F | Excerpts from deposition transcript of Gary Reifert, dated February 13, 2007 |
| G | VECO 0097504 and VECO 0148749 |
| H | Affidavit of John F. Rein, Jr. In Support of Defendants' Opposition to Plaintiffs' Motion to Compel Production of Documents Concerning Veeco's Internal Investigation |

Dated: June 2/8, 2007

Phyllis M. Parker

416988_00.wpd

2