**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.        :       Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                 :
-------------------------------------------------- x
-------------------------------------------------- x
THIS DOCUMENT RELATES TO             :
ALL ACTIONS                           :
-------------------------------------------------- x
```

**CERTIFICATE OF SERVICE**

I, hereby certify that on June 26, 2007,   true and correct copies of Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motion *in Limine* to Preclude Testimony of Robert W. Berliner (*filed under seal*) and Declaration of Phyllis M. Parker in Support of Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motion *in Limine* to Preclude Testimony of Robert W. Berliner(exhibits *filed under seal*) were served upon the following Counsel via electronic means:

John A. Herfort, Esq.
Robert J. Serio, Esq
J. Ross Wallin, Esq.
Colin R. Young, Esq.
**GIBSON, DUNN& CRUTCHER LLP**
200 Park Avenue
New York, NY 10166

*Counsel for Defendants*

_____
Phyllis M. Parker