**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



FILED
AUG 03 2007
S.D. W.P. OF N.Y.

------------------------------------X

In RE: Veeco Instruments

NOTICE OF REASSIGNMENT

05   md.   1695 (CM)(GAY)
05cv2189
05cv2929
05cv7446
05cv7447
05cv7448
05cv7449
05cv7450
05cv7451
05cv7452
05cv7453
05cv10224
05cv10225
05cv10226

------------------------------------X

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

JUDGE: Colleen McMahon (NYC)

All future documents submitted in this action shall bear the assigned judge's initials after the case number. If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

Dated: 8/3/07

J. Michael McMahon, CLERK

by: _____
Deputy Clerk

DESIGNATED TO MAGISTRATE JUDGE: George A. Yanthis

CC: Attorneys of Record

Revised: September 9, 2004